JS 44 (Rev. 06/17)  *JFL*  **CIVIL COVER SHEET**  *5:19-CV- 499*

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS

**DEFENDANTS**

**(b)** County of Residence of First Listed Plaintiff *LEHIGH*
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant _____
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- ❏ 1  U.S. Government Plaintiff
- ☒ 3  Federal Question *(U.S. Government Not a Party)*
- ❏ 2  U.S. Government Defendant
- ❏ 4  Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff*
*(For Diversity Cases Only)*  *and One Box for Defendant)*

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☒ 1 | Incorporated *or* Principal Place of Business In This State | ❏ 4 | ❏ 4 |
| Citizen of Another State | ❏ 2 | ❏ 2 | Incorporated *and* Principal Place of Business In Another State | ❏ 5 | ❏ 5 |
| Citizen or Subject of a Foreign Country | ❏ 3 | ❏ 3 | Foreign Nation | ❏ 6 | ❏ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ❏ 110 Insurance | **PERSONAL INJURY**     **PERSONAL INJURY** | ❏ 625 Drug Related Seizure of Property 21 USC 881 | ❏ 422 Appeal 28 USC 158 | ❏ 375 False Claims Act |
| ❏ 120 Marine | ❏ 310 Airplane     ❏ 365 Personal Injury - | ❏ 690 Other | ❏ 423 Withdrawal 28 USC 157 | ❏ 376 Qui Tam (31 USC 3729(a)) |
| ❏ 130 Miller Act | ❏ 315 Airplane Product     Product Liability |  |  | ❏ 400 State Reapportionment |
| ❏ 140 Negotiable Instrument | Liability    ❏ 367 Health Care/ |  | **PROPERTY RIGHTS** | ❏ 410 Antitrust |
| ❏ 150 Recovery of Overpayment & Enforcement of Judgment | ❏ 320 Assault, Libel &     Pharmaceutical Slander     Personal Injury |  | ❏ 820 Copyrights | ❏ 430 Banks and Banking |
| ❏ 151 Medicare Act | ❏ 330 Federal Employers'     Product Liability | | ❏ 830 Patent | ❏ 450 Commerce |
| ❏ 152 Recovery of Defaulted Student Loans (Excludes Veterans) | Liability    ❏ 368 Asbestos Personal ❏ 340 Marine     Injury Product ❏ 345 Marine Product     Liability | | ❏ 835 Patent - Abbreviated New Drug Application ❏ 840 Trademark | ❏ 460 Deportation ❏ 470 Racketeer Influenced and Corrupt Organizations |
| ❏ 153 Recovery of Overpayment of Veteran's Benefits | Liability    **PERSONAL PROPERTY** ❏ 350 Motor Vehicle    ❏ 370 Other Fraud | **LABOR** ❏ 710 Fair Labor Standards | **SOCIAL SECURITY** ❏ 861 HIA (1395ff) | ❏ 480 Consumer Credit ❏ 490 Cable/Sat TV |
| ❏ 160 Stockholders' Suits | ❏ 355 Motor Vehicle    ❏ 371 Truth in Lending     Product Liability | Act ❏ 720 Labor/Management | ❏ 862 Black Lung (923) ❏ 863 DIWC/DIWW (405(g)) | ❏ 850 Securities/Commodities/ Exchange |
| ❏ 190 Other Contract | ❏ 360 Other Personal    ❏ 380 Other Personal     Injury     Property Damage | Relations ❏ 740 Railway Labor Act | ❏ 864 SSID Title XVI ❏ 865 RSI (405(g)) | ❏ 890 Other Statutory Actions ❏ 891 Agricultural Acts |
| ❏ 195 Contract Product Liability ❏ 196 Franchise | ❏ 362 Personal Injury -    ❏ 385 Property Damage     Medical Malpractice     Product Liability | ❏ 751 Family and Medical Leave Act |  | ❏ 893 Environmental Matters ❏ 895 Freedom of Information Act |
| **REAL PROPERTY** | **CIVIL RIGHTS**     **PRISONER PETITIONS** | ❏ 790 Other Labor Litigation | **FEDERAL TAX SUITS** | ❏ 896 Arbitration |
| ❏ 210 Land Condemnation | ☒ 440 Other Civil Rights     **Habeas Corpus:** | ❏ 791 Employee Retirement Income Security Act | ❏ 870 Taxes (U.S. Plaintiff or Defendant) | ❏ 899 Administrative Procedure Act/Review or Appeal of |
| ❏ 220 Foreclosure | ❏ 441 Voting    ❏ 463 Alien Detainee |  | ❏ 871 IRS—Third Party | Agency Decision |
| ❏ 230 Rent Lease & Ejectment | ❏ 442 Employment    ❏ 510 Motions to Vacate     Sentence |  | 26 USC 7609 | ❏ 950 Constitutionality of State Statutes |
| ❏ 240 Torts to Land | ❏ 443 Housing/    ❏ 530 General     Accommodations |  |  |  |
| ❏ 245 Tort Product Liability | ❏ 445 Amer. w/Disabilities -    ❏ 535 Death Penalty     Employment     **Other:** | **IMMIGRATION** ❏ 462 Naturalization Application |  |  |
| ❏ 290 All Other Real Property | ❏ 446 Amer. w/Disabilities -    ❏ 540 Mandamus & Other     Other     ❏ 550 Civil Rights ❏ 448 Education    ❏ 555 Prison Condition ❏ 560 Civil Detainee - Conditions of Confinement | ❏ 465 Other Immigration Actions |  |  |

## V. ORIGIN *(Place an "X" in One Box Only)*

- ☒ 1 Original Proceeding
- ❏ 2 Removed from State Court
- ❏ 3 Remanded from Appellate Court
- ❏ 4 Reinstated or Reopened
- ❏ 5 Transferred from Another District *(specify)*
- ❏ 6 Multidistrict Litigation - Transfer
- ❏ 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
*TITLE VII*
Brief description of cause:

## VII. REQUESTED IN COMPLAINT:

❏ CHECK IF THIS IS A **CLASS ACTION** UNDER RULE 23, F.R.Cv.P.

**DEMAND $**

CHECK YES only if demanded in complaint:
**JURY DEMAND:** ☒ Yes  ❏ No

## VIII. RELATED CASE(S) IF ANY

*(See instructions):*
JUDGE _____    DOCKET NUMBER  FEB - 5 2019

DATE  *2-3-19*
SIGNATURE OF ATTORNEY OF RECORD

**FOR OFFICE USE ONLY**

RECEIPT # _____  AMOUNT _____  APPLYING IFP _____  JUDGE _____  MAG. JUDGE _____

JFL

**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

5:19cv499

**DESIGNATION FORM**

*(to be used by counsel or pro se plaintiff to indicate the category of the case for the purpose of assignment to the appropriate calendar)*

Address of Plaintiff: _____ 1526b Paxford Rd Allentown PA 18103 _____

Address of Defendant: _____ 25 Research Drive Westborough MA 01581 _____

Place of Accident, Incident or Transaction: _____ BJ's Restaurant and Brewhouse Company, 665 N. Krocks Rd Allentown PA 18106 _____

**RELATED CASE, IF ANY:**

Case Number: _____   Judge: _____ AR _____   Date Terminated: _____

Civil cases are deemed related when *Yes* is answered to any of the following questions:

1. Is this case related to property included in an earlier numbered suit pending or within one year previously terminated action in this court?   Yes ☐   No ☑

2. Does this case involve the same issue of fact or grow out of the same transaction as a prior suit pending or within one year previously terminated action in this court?   Yes ☐   No ☑

3. Does this case involve the validity or infringement of a patent already in suit or any earlier numbered case pending or within one year previously terminated action of this court?   Yes ☐   No ☑

4. Is this case a second or successive habeas corpus, social security appeal, or pro se civil rights case filed by the same individual?   Yes ☐   No ☑

I certify that, to my knowledge, the within case ☐ is / ☑ is not related to any case now pending or within one year previously terminated action in this court except as noted above.

DATE: 02/03/2019 _____   _____ Gary Schafkopf _____   83362 _____

Attorney-at-Law / Pro Se Plaintiff   Attorney I.D. # (if applicable)

---

**CIVIL: (Place a √ in one category only)**

**A.   Federal Question Cases:**

☐ 1. Indemnity Contract, Marine Contract, and All Other Contracts
☐ 2. FELA
☐ 3. Jones Act-Personal Injury
☐ 4. Antitrust
☐ 5. Patent
☐ 6. Labor-Management Relations
☑ 7. Civil Rights
☐ 8. Habeas Corpus
☐ 9. Securities Act(s) Cases
☐ 10. Social Security Review Cases
☐ 11. All other Federal Question Cases
(Please specify): _____

**B.   Diversity Jurisdiction Cases:**

☐ 1. Insurance Contract and Other Contracts
☐ 2. Airplane Personal Injury
☐ 3. Assault, Defamation
☐ 4. Marine Personal Injury
☐ 5. Motor Vehicle Personal Injury
☐ 6. Other Personal Injury (Please specify): _____
☐ 7. Products Liability
☐ 8. Products Liability – Asbestos
☐ 9. All other Diversity Cases
(Please specify): _____

---

**ARBITRATION CERTIFICATION**
*(The effect of this certification is to remove the case from eligibility for arbitration.)*

I, _____ Gary Schafkopf _____, counsel of record *or* pro se plaintiff, do hereby certify:

☐ Pursuant to Local Civil Rule 53.2, § 3(c) (2), that to the best of my knowledge and belief, the damages recoverable in this civil action case exceed the sum of $150,000.00 exclusive of interest and costs:

☑ Relief other than monetary damages is sought.

FEB -5 2019

DATE: 02/03/2019 _____   _____   83362 _____

Attorney-at-Law / Pro Se Plaintiff   Attorney I.D. # (if applicable)

NOTE: A trial de novo will be a trial by jury only if there has been compliance with F.R.C.P. 38.

*Civ. 609 (5/2018)*

JFL

**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

**CASE MANAGEMENT TRACK DESIGNATION FORM**

Lesley DiCesare

v.

BJ's Wholesale Club Inc, et al

CIVIL ACTION

NO. 5:19cv499

In accordance with the Civil Justice Expense and Delay Reduction Plan of this court, counsel for plaintiff shall complete a Case Management Track Designation Form in all civil cases at the time of filing the complaint and serve a copy on all defendants. (See § 1:03 of the plan set forth on the reverse side of this form.)  In the event that a defendant does not agree with the plaintiff regarding said designation, that defendant shall, with its first appearance, submit to the clerk of court and serve on the plaintiff and all other parties, a Case Management Track Designation Form specifying the track to which that defendant believes the case should be assigned.

**SELECT ONE OF THE FOLLOWING CASE MANAGEMENT TRACKS:**

(a) Habeas Corpus – Cases brought under 28 U.S.C. § 2241 through § 2255.                  ( )

(b) Social Security – Cases requesting review of a decision of the Secretary of Health
    and Human Services denying plaintiff Social Security Benefits.                  ( )

(c) Arbitration – Cases required to be designated for arbitration under Local Civil Rule 53.2.  ( )

(d) Asbestos – Cases involving claims for personal injury or property damage from
    exposure to asbestos.                  ( )

(e) Special Management – Cases that do not fall into tracks (a) through (d) that are
    commonly referred to as complex and that need special or intense management by
    the court.  (See reverse side of this form for a detailed explanation of special
    management cases.)                  ( )

(f) Standard Management – Cases that do not fall into any one of the other tracks.     (X)

| 2-3-19 | Gary Schafkopf, Esq | Plaintiff |
|--------|--------------------|-----------| 
| **Date** | **Attorney-at-law** | **Attorney for** |
| 610-664-5200 | 888-283-1334 | gary@schaflaw.com |
| **Telephone** | **FAX Number** | **E-Mail Address** |

(Civ. 660) 10/02

FEB -5 2019

K400    JFL

WEISBERG LAW
Matthew B. Weisberg, Attorney ID No. 85570
7 South Morton Ave. 19070
Morton, PA
610-690-0801
Fax: 610-690-0880
**Attorney for Plaintiff**

SCHAFKPF LAW, LLC
Gary Schafkopf, Attorney ID No. 83362
11 Bala Ave
Bala Cynwyd, PA 19004
610-664-5200 Ext 104
Fax: 888-283-1334
**Attorney for Plaintiff**



## IN THE UNITED STATES DISTRICT COURT FOR THE
## EASTERN DISTRICT OF PENNSYLVANIA

**LESLEY DICESARE**
1526b Paxford Road
Allentown, PA 18103

      **Plaintiff,**

      **v.**

**BJ's WHOLESALE CLUB INC.**
25 Research Drive
Westborough, MA 01581

and

**BJ's RESTAURANT OPERATIONS**
**COMPANY INC. D/B/A BJ'S**
**RESTAURANT AND BREWHOUSE**
**COMPANY**
665 N. Krocks Rd
Allentown, PA 18106

and

**MIKE NEYHART**
665 N. Krocks Rd
Allentown, PA 18106

and

**JOHN DOES**

      **Defendants**

**No.**    5:19cv499

**JURY TRIAL OF TWELVE (12)**
**JURORS DEMANDED**

FILED
FEB 0 3 2019
KATE BARKMAN Clerk
By_____ Dep. Clerk

## CIVIL ACTION COMPLAINT
## PARTIES



1. Plaintiff, Lesley DiCesare is an individual residing at the above captioned address and citizen of Pennsylvania.

2. Defendant, BJ's Wholesale Club Inc., is a for-profit corporation incorporated in the state of Massachusetts and the parent company of BJ's Restaurant Operations Company Inc., with a principle place of business at the above captioned address.

3. Defendant, BJ's Restaurant Operations Company Inc., doing business as BJ's Restaurant and Brewhouse Company is incorporated as a for-profit corporation in the state of Pennsylvania with principal place of business at the above captioned address.

4. Defendant, Mike Neyhart is an adult individual and general manager of Defendant BJ's Restaurant and Brewhouse

5. Defendants, John Does 1-10, is a moniker/fictitious name for individuals and entities currently unknown but will be substituted when known, as affiliated, associated or liable hereunder for the reasons set forth below or inferred therefrom. Each of these parties are incorporated as Defendants in each and every count and averment listed above and below.

## JURISDICTION AND VENUE

6. This Court has jurisdiction and venue is appropriate in this judicial district because the facts complained of herein occurred in this judicial district, and this Complaint arises under the laws of the United States and seeks redress for violations of federal laws.

7. All conditions precedent have been satisfied. **EXHIBIT A**

## OPERATIVE FACTS

8. On or about January 22, 2018, Lesley DiCesare was hire as a waitress at BJ's Restaurant and Brewhouse Company.

9. Mike Neyhart is the general manager of BJ's Restaurant and Brewhouse.

10. Beginning in February 2018, Neyhart began making vulgar sexual remarks to DiCesare.

11. Over the course of several months, Neyhart made sexual remarks in front of DiCesare and other employees.

12. Neyhart comments included stating "I would tell you a story about my dick, but it is too long."

13. On another occasion, DiCesare was asking another server if the customer wanted bone in or boneless chicken wings, Neyhart responded "My Bonner."

14. Neyhart stated to the female cook in front of DiCesare and other servers "Hey can you make the breasts more perky, I like perky breasts."

15. In March of 2018, DiCesare was attempting to make hot tea when she asked Neyhart to move so that she could access the tea bags, Neyhart responded "I'll give you a tea bag."

16. These comments were made in the presence of other managers who would laugh at Neyhart's comments.

17. In April 2018, DiCesare placed an anonymous call to BJ Wholesale's human resources hotline complaining of the harassment.

18. Following the phone DiCesare began to experience hostility from Neyhart.

19. DiCesare's hours were cut, she was forced to serve as a food runner and was given fewer tables to serve.

20. Neyhart and fellow employee Mriza Rivera continued to engage in vulgar and offensive behavior around DiCesare.

21. Neyhart and Rivera would sing "you gotta lick it before you stick it,' around DiCesare and other employees.

22. In June 2018, DiCesare was involved in a verbal confrontation with Mariza Rivera.

23. Rivera threatened to physically harm DiCesare in front of Neyhart and other employees.

24. DiCesare was sent home while the other employee was allowed to remain and continue working.

25. Following the confrontation, DiCesare was terminated.

26. During the course of her employment DiCesare was subjected to vulgar sexual comments about women and sexual acts.

## COUNT I - TITLE VII/PHRA
## SEXUAL HARASSMENT AND
## HOSTILE WORK ENVIRONMENT

27. Plaintiff incorporates by reference all prior paragraphs as if fully set forth at length herein.

28. Plaintiff is a member of a protected class.

29. Defendants have subjected Plaintiff to the aforementioned adverse actions by creating a hostile work environment.

30. Defendants have subjected Plaintiff to the aforementioned adverse actions by creating failing to address the poor treatment and sexual harassment endured by Plaintiff.

31. Said sexual harassment and hostile environment against Plaintiff were pervasive and regular.

32. Said sexual harassment and hostile environment have affected Plaintiff to her detriment.

33. Said sexual harassment and hostile environment would detrimentally affect a reasonable person under similar circumstances.

34. Said sexual harassment and racial discrimination has caused this hostile work environment.

35. Said sexual harassment has exacerbated the already hostile work environment to the point of a crisis.

36. Plaintiff is suffering and will continue to suffer irreparable injury and monetary damages as a result of Defendants' sexual misconduct unless and until this Court grants the relief requested, including monetary damages, unless and until this Court grants the relief requested herein.

37. Plaintiff incorporates by reference all prior paragraphs as if fully set forth at length herein.

38. Defendants have intentionally created a hostile work environment in violation of the PHRA.

39. Said violations were intentional and willful.

40. As a direct and proximate result of Defendants' violation of the PHRA, Plaintiff had sustained the injuries, damages, and losses set forth herein and have incurred attorneys' fees and costs.

41. Plaintiff suffers and will continue to suffer irreparable injuries and monetary damages as a result of Defendants' acts unless and until the Court grants the relief requested herein.

## RELIEF

**WHEREFORE,** Plaintiff seeks damages and legal and equitable relief in connection to Defendants' improper conduct and specifically prays that this Court grant the following relief to Plaintiff:

a) declaring the acts and practices complained of herein to be in violation of Title VII;

b) declaring the acts and practices complained of herein to be in violation of the PHRA;

c) enjoining and permanently restraining the violations alleged herein;

d) entering judgment against the Defendants and in favor of Plaintiff in an amount to be determined;

e) awarding compensatory damages to make Plaintiff whole for all lost earnings, earning capacity and benefits, past and future, which Plaintiff have suffered or may suffer as a result of Defendants' improper conduct;

f) awarding compensatory damages for Plaintiff for past and future pain and suffering, emotional upset, mental anguish, humiliation, and loss of life's pleasures, which Plaintiff has and will continue to suffer as a result of Defendants' improper conduct

g) awarding punitive damages to Plaintiff;

h) awarding Plaintiff such other damages as are appropriate under Title VII, and the PHRA;

i) awarding Plaintiff, the costs of suit, attorneys' fees; and expert fees and other; and

j) granting such other and further relief as this Court may deem just, proper, or equitable including other equitable and injunctive relief providing restitution for past violations and preventing future violations.

Respectfully Submitted,

WEISBERG LAW
BY: /s/ Matthew Weisberg
MATTHEW B. WEISBERG, ESQ

DATED: 2-4-19

SCHAFKOPF LAW, LLC
BY: _____
GARY SCHAFKOPF, ESQ.

DATED: 2-4-19

# EXHIBIT A

EEOC Form 161 (11/16)

## U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

## DISMISSAL AND NOTICE OF RIGHTS

To:   Lesley E. Dicesare
      1526b Paxford Road
      Allentown, PA 18103

From:   Philadelphia District Office
        801 Market Street
        Suite 1300
        Philadelphia, PA 19107

☐    On behalf of person(s) aggrieved whose identity is
     CONFIDENTIAL (29 CFR §1601.7(a))

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 530-2018-04058 | Legal Unit,<br>Legal Technician | (215) 440-2828 |

## THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:

☐    The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

☐    Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

☐    The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

☐    Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge

☒    The EEOC issues the following determination:  Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes.  This does not certify that the respondent is in compliance with the statutes.  No finding is made as to any other issues that might be construed as having been raised by this charge.

☐    The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

☐    Other (briefly state)

## - NOTICE OF SUIT RIGHTS -

*(See the additional information attached to this form.)*

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court.  Your lawsuit **must be filed WITHIN 90 DAYS of your receipt of this notice**; or your right to sue based on this charge will be lost.  (The time limit for filing suit based on a claim under state law may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment.  This means that **backpay due for any violations that occurred more than 2 years (3 years) before you file suit may not be collectible.**

On behalf of the Commission

Jamie R. Williamson,
District Director

November 7, 2018
*(Date Mailed)*

Enclosures(s)

cc:   Anne Kinnane
      Vice President and Associate General Counsel
      BJ'S WHOLESALE CLUB, INC.
      25 Research Drive
      Westborough, MA 01581