**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA (Allentown)**

| | | |
|---|---|---|
| LESLEY DICESARE | : | |
| | : | |
| Plaintiff, | : | NO.   5:19-cv-00499 |
| | : | |
| v. | : | |
| | : | |
| BJ's RESTAURANT OPERATIONS COMPANY d/b/a BJ's RESTAURANT & BREWHOUSE | : | **JURY TRIAL DEMANDED** |
| | : | |
| Defendants. | : | |

**STIPULATION**

AND NOW, this _____ day of _____, 2019, it is hereby STIPULATED and AGREED, by and between all pertinent parties, by and through their undersigned counsel, that Plaintiff may respond to Defendants' Motion to Dismiss on or before July 18, 2019, and Defendants may reply thereto by July 9, 2019.

| | |
|---|---|
| **WEISBERG LAW** | **LITTLER MENDELSON, P.C.** |
| | |
| /s/ Matthew B. Weisberg | /s/ Jonathan L. Shaw |
| Matthew B. Weisberg, Esquire | Jonathan L. Shaw, Esquire |
| Attorney for Plaintiff | Attorney for Defendants, BJ's Restaurant Operations Co. Inc. and Mike Neyhart |

**AND IT IS SO ORDERED.**

_____
                                                            ,J.