UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

|  |  |
|---|---|
| LESLEY DICESARE,<br>            Plaintiff,<br><br>       v.<br><br>BJ'S RESTAURANT OPERATIONS COMPANY INC. *doing business as* BJ'S RESTAURANT AND BREWHOUSE COMPANY; MIKE NEYHART; and JOHN DOES,<br>            Defendants. | No. 19-cv-00499 |

## O R D E R

**AND NOW**, this 12th day of June, 2019, upon consideration of the parties' joint stipulation, ECF No. 15, which requests the Court's approval of certain stipulated deadlines, **IT IS ORDERED THAT**:

1. The joint stipulation, ECF No. 15, is **GRANTED in part**;[1]

2. Plaintiff shall respond to Defendants' motion to dismiss **on or before July 18, 2019**; and

3. Defendants shall reply to Plaintiff's response **on or before August 9, 2019**.

BY THE COURT:


*/s/ Joseph F. Leeson, Jr.*
JOSEPH F. LEESON, JR.
United States District Judge

---

[1] The parties stipulated to new deadlines for Plaintiff to respond to Defendants' motion to dismiss and for Defendants to reply. The Court suspects the parties' proposed dates to be in error because the proposed deadline for Defendants' reply to Plaintiff's response would come before the response was due.